KADIMOW CONSTRUCTION CO., INC., Respondent, v. BENMAX REALTY COR-PORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

EDWARD DAVIDOW & RUFUS LEMAIRE, INC., Appellant. v. GEORGE JESSEL, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.; Finch and O Malley, JJ., dissent.

In the Matter of Supplementary Proceedings in an Action Entitled: EDWARD J. SHUMWAY, Judgment Creditor, Appellant, v. WAYNE W. WILSON, as Trustee for JULES RATZKOWSKI, Judgment Debtor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

BERNARD MILLER, as Administrator, etc., of HARRY MILLER, Deceased, Respondent, v. SHINDLER'S PRAIRIE HOUSE, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, Martin, O Malley and Proskauer, JJ.

RUTH SHORR, Respondent, v. SHINDLER'S PRAIRIE HOUSE, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

WELLINGTON E. BULL & CO., INC., Suing for Itself and in Behalf of All Other Holders of the Common Stock of the INDUSTRIAL FINANCE CORPORATION, etc., Respondent, v. ARTHUR J. MORRIS and Others, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be filed within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of BARD-PARKER CO., INC., Respondent, for the Examination of N. S. Low & Co. and Others, Appellants, to Be Used in an Action about to Be Brought against Them. SOLOMON AXELRAD and Others, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Matter of Hufstutler* (*ante*, p. 587). Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

DAVIS FAGAN and Another, Copartners, etc., Respondents, v. ROTHSCHILD & HIRSCHENSOHN, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

JULIA ZIMMERMAN, Respondent, v. JACOB ZIMMERMAN, Appellant.— Order modified by reducing the amount directed to be paid by defendant to plaintiff as alimony to the sum of $50 per week, and by reducing the amount awarded to the plaintiff as counsel fee to the sum of $400, which has been already paid, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

MAX PHILLIPS, Respondent, v. BERNARD K. MARCUS, Appellant, Impleaded, etc.— The sufficiency of the complaint not being before the court on a motion of this character, the order is affirmed, with ten dollars costs and disbursements. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.